# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>JAMES W. BELL and<br>CAROLYN BELL,<br><br>　　　　　　　　　Debtors | Chapter 7<br>Case No. 08-18802-FJB |

### ORDER ON
### DEBTORS' MOTION TO AVOID JUDICIAL LIENS

　　　Debtors James W. Bell and Carolyn Bell having filed a motion to avoid the judicial liens of

- CP Building Supply, Inc. (a writ of execution recorded at the South Essex County Registry of Deeds at Book 26951, Page 508),

- Scott Bonarrigo and Francis Bonarrigo (a writ of attachment recorded at the South Essex County Registry of Deeds at Book 26641, Page 491),

- Great Bay Hot Tub Company, Inc. (a writ of attachment recorded at the South Essex County Registry of Deeds at Book 26863, Page 173),

- Johnson Lumber Company, Inc. (a writ of execution recorded at the South Essex County Registry of Deeds at Book 26946, Page 556),

- Jackson Lumber & Millwork Co., Inc. (a writ of execution recorded at the South Essex County Registry of Deeds at Book 27006, Page 431),

- Jackson Lumber & Millwork Co., Inc. (a writ of execution recorded at the South Essex County Registry of Deeds at Book 27006, Page 436),

- Andrew Massetti Painting Con. (a notice of lien recorded at the South Essex County Registry of Deeds at Book 219, Page 482)

on the Debtors' interests in the real property located at 5 Roosevelt Place, Newburyport, Massachusetts; no opposition having been filed; and the motion having stated good cause under 11 U.S.C. § 522(f) to avoid the liens in their entirety;

　　　The Court hereby ORDERS and ADJUDGES that the Debtors' motion to avoid the

above-described judicial liens is GRANTED as to the above-described liens and, accordingly, that the above-described judicial liens are AVOIDED and shall be of no effect;

And the Court further hereby orders that as to the Statement of Account of Johnson Lumber Company, Inc., the motion is denied, as the Statement of Account is not a judicial lien.

Date: October 28, 2009

_____
Frank J. Bailey
United States Bankruptcy Judge